**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1451**

WANDA RENAE SCOTT,

        Plaintiff – Appellant,

    v.

STATE OF SOUTH CAROLINA,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Mary G. Lewis, District Judge. (8:14-cv-01944-MGL-KFM)

Submitted:  August 20, 2015      Decided:  August 27, 2015

Before WILKINSON, KING, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wanda Renae Scott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Scott seeks to appeal the district court's order granting her leave to amend her complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Scott seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Scott's motion to recuse. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2